1  Amrane Cohen, Chapter 13 Trustee
   770 The City Drive South, Suite 3300
2  Orange, CA 92868
   Phone (714) 621-0200
3  Fax   (714) 621-0277

**FILED JUN 01 2010** CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk

4               United States Bankruptcy Court
                Central District of California
5

6                                          ) Chapter 13
                                           )
7  GREGORY D GATES                         ) Case No.: 8:05-bk-19939-ES
                                           )
8  ELIZABETH H GATES                       ) **NOTICE OF UNCLAIMED DIVIDEND**
                                           ) (Bankruptcy Rule 3011)
9                                          )
                                           )
10                                         )
                                           )
11 _____

12     TO THE CLERK OF THE ABOVE-ENTITLED COURT:

13     Please find annexed hereto Check No. **300735** in the sum of **$5.22**

14 representing an unclaimed dividend in the above-entitled Debtor's estate.

15 Said sum is paid over to you pursuant to Bankruptcy Rule 3011 . The name and

16 address of the party entitled to said unclaimed dividend is as follows:

17     SUSAN PARKER
       C/O MICHAEL T. O'HALLORAN
18     1010 SECOND AVENUE
       SUITE 1727
19     SAN DIEGO, CA 92101

20 Date: May 24, 2010
                                   _____
21                                 Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0519939 | GREGORY D & ELIZABETH H GATES  ACCT: | Claim: 00010 | XXX-XX-5505  XXX-XX-2451 | 5.22 | 0.00 | 5.22 |
| | | TOTALS | | 5.22 | 0.00 | 5.22 |

GREGORY D GATES
ELIZABETH H GATES
BALANCE:        0.00    [0.00 33/00010]
SSN: XXX-XX-5505    SSN: XXX-XX-2451
ACCT:                           CASE: 0519939
PRINCIPAL:      5.22    INTEREST:        0.00

---

**AMRANE COHEN**  
**CHAPTER 13 TRUSTEE**  
CHAPTER 13 TRUSTEE  
PO BOX 809  
ORANGE, CA 92856  

SUNTRUST  
800-786-8787  

64-79 / 611  

0300735  
Apr 30, 2010  
VOID 90 DAYS FROM DATE  

*********$5.22

**PAY**   Five And 22 / 100 Dollars

**TO THE ORDER OF**  
*U.S. BANKRUTCY COURT (FISCAL DEPT.)*  
255 E. TEMPLE STREET  
LOS ANGELES, CA 90012  

⑈0300735⑈ ⑆061100790⑆ 000000575186 2⑈